USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/05/2024

**MEMORANDUM ENDORSEMENT**

<u>Shine v. Anderson</u>, 7:23-cv-0387 (NSR)

  The Court is in receipt of the attached letter from Defendant, received August 19, 2024, seeking leave to file a motion to dismiss Plaintiff's Complaint.

  The Court waives the pre-motion conference requirement and grants Defendant leave to file a motion to dismiss in accordance with the following briefing schedule:

  (1) Defendant's moving papers are to be served on October 21, 2024;
  (2) Plaintiff's opposition papers are to be served on December 5, 2024; and
  (3) Defendant's reply papers are to be served on January 6, 2026.

  Each party shall serve her papers by Certified First Class Mail, Return Receipt Requested and provide an affidavit of service with her papers. The parties are directed to provide Chambers with two physical courtesy copies of their motion papers on the same date they are served on the opposing party.

  The parties should mail their papers as they are served to the *Pro Se* Office, 40 Foley Square, Room 105 New York, New York 10007 for filing. All motion papers are to be filed by the *Pro Se* Office as they are served.

  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 26. The Clerk of Court is further directed to mail a copy of this endorsement to *pro se* Plaintiff and *pro se* Defendant at their respective addresses listed on ECF and show service on the docket.

Dated: September 5, 2024
   White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LARIN SHINE

   -against-                        23-Civ. 387 (NSR) (JCM)

JAMIE ANDERSON

## MOTION TO DISMISS

I respectfully submit to the court this motion to dismiss civil action 23-Civ. 387 based upon the following:

1. Contrary to plaintiffs claims and allegations, nothing said during a customer service call to Verizon was intentional, nor can plaintiff prove that anything said was intentional.

2. The purpose of the phone call was an attempt to secure some form of payment arrangement for services. I had suffered a career ending work injury and at the time, was financially challenged waiting on workers comp and disability payments to be rendered.

3. Contrary to plaintiffs claims and allegations, nothing said was intentional, in fact, it was reactionary to being patronized and ridiculed by the plaintiff for not being able to currently pay the bill due to financial distress at the time.

4. Therefore, I feel the speech is protected by the 1st Amendment of our great constitution and such claims of intentional infliction of emotional distress cannot be brought forth.

5. I have apologized to plaintiff, unfortunately plaintiff did not accept that apology during zoom conference with Honorable Judge McCarthy.
6. Therefore, I respectfully submit this motion to dismiss to the court and pray that it be granted.
7. A copy of this motion has been mailed to plaintiff as well at provided address via USPS certified mail

Respectfully Submitted

*Jamie Anderson* (signature)

Jamie Anderson



FROM:
31 Honey Locust Ln
Newtown PA 18940

TO:
Pro Se Clerk
United States Dist. Court
Southern Dist of NY
300 Quarropas St
White Plains, NY 10601

RECEIVED AUG 19 2024