UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

LARIN SHINE

  -against-                                    23-Civ. 387 (NSR) (JCM)

JAMIE ANDERSON

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/17/2025

RECEIVED OCT - 3 2024 PRO SE OFFICE

MOTION TO DISMISS

I respectfully submit to the court this motion to dismiss civil action 23-Civ. 387 based upon the following:

1. Contrary to plaintiffs claims and allegations, nothing said during a customer service call to Verizon was intentional, nor can plaintiff prove that anything said was intentional.

2. The purpose of the phone call was an attempt to secure some form of payment arrangement for services. I had suffered a career ending work injury on 5 August 2022 and at the time, was financially challenged waiting on workers comp and disability payments to be rendered.

3. Injury sustained was an L5 disc herniation with permanent S1 nerve root damage (scar tissue encasement) and sensorimotor peripheral neuropathy in both legs.

4. Contrary to plaintiffs claims and allegations, nothing said was intentional, in fact, it was reactionary to being patronized and ridiculed by the plaintiff for not being able to currently pay the bill due to financial distress at the time.

5. Part of reactionary language was slang, the other part I wasn't speaking to plaintiff.

6. Therefore, I feel the speech is protected by the 1st Amendment of our great constitution and such claims of intentional infliction of emotional distress cannot be brought forth.

**MEMO ENDORSED**

The Court is in receipt of Defendant's purported motion to dismiss filed on October 3, 2024. Defendant's motion to dismiss is DISMISSED without prejudice to renew for failure to follow SDNY Local Rule 7.1(a) and Federal Rule of Civil Procedure 12(b). *Pro se* Defendant's motion fails to provide the Court with the basis for the motion, the applicable statute(s), and the relevant authorities. The Clerk of Court is directed to terminate the motion at ECF No. 29 and to mail a copy of this endorsement to *pro se* Defendant and *pro se* Plaintiff at their addresses as they are listed on ECF and to show service on the docket.

Dated: June 17, 2025
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

7. I have apologized to plaintiff, unfortunately plaintiff did not accept that apology during zoom conference with Honorable Judge McCarthy. I once again apologize to plaintiff for my choice of language.

8. Therefore, I respectfully submit this motion to dismiss to the court and pray that it be granted.

9. A copy of this motion has been mailed to plaintiff as well at provided address via USPS certified mail and return receipt.

Respectfully Submitted

*[signature]*

Jamie Anderson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Larin Shim
   20 Nuvern Ave
   Mt. Vernon NY 10550

   9590 9402 8711 3310 7332 89

2. Article Number (Transfer from service label)

   9589 0710 5270 1510 0818 83

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

LARIN SHINE

-against-                                                     23-Civ. 387 (NSR) (JCM)

JAMIE ANDERSON

MOTION TO DISMISS

I respectfully submit to the court this motion to dismiss civil action 23-Civ. 387 based upon the following:

1. Contrary to plaintiffs claims and allegations, nothing said during a customer service call to Verizon was intentional, nor can plaintiff prove that anything said was intentional.
2. The purpose of the phone call was an attempt to secure some form of payment arrangement for services. I had suffered a career ending work injury on 5 August 2022 and at the time, was financially challenged waiting on workers comp and disability payments to be rendered.
3. Injury sustained was an L5 disc herniation with permanent S1 nerve root damage (scar tissue encasement) and sensorimotor peripheral neuropathy in both legs.
4. Contrary to plaintiffs claims and allegations, nothing said was intentional, in fact, it was reactionary to being patronized and ridiculed by the plaintiff for not being able to currently pay the bill due to financial distress at the time.
5. Part of reactionary language was slang, the other part I wasn't speaking to plaintiff.
6. Therefore, I feel the speech is protected by the 1st Amendment of our great constitution and such claims of intentional infliction of emotional distress cannot be brought forth.

7. I have apologized to plaintiff, unfortunately plaintiff did not accept that apology during zoom conference with Honorable Judge McCarthy. I once again apologize to plaintiff for my choice of language.

8. Therefore, I respectfully submit this motion to dismiss to the court and pray that it be granted.

9. A copy of this motion has been mailed to plaintiff as well at provided address via USPS certified mail and return receipt.

Respectfully Submitted

*/s/ Jamie Anderson*

Jamie Anderson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Larin Shim
    20 Nuvern Ave
    Mt. Vernon NY 10550

9590 9402 8711 3310 7332 89

2. Article Number (Transfer from service label)

    9589 0710 5270 1510 0818 83

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



FROM: 31 Honey Locust
Newtown Pa 18940

TO: Pro Se office
40 Foley Square
Room 105
New York, NY 10007