Case 7:23-cv-00387-NSR-JCM   Document 35   Filed 11/05/25   Page 1 of 2

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2025

RECEIVED
OCT 15 2025
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARIN SHINE

against                                           23- Civ 387 (NSR) (JCM)

JAMIE ANDERSON

**MEMO ENDORSED**
(see p. 2)

## MOTION TO DISMISS

1. Pro Se defendant brings forth this motion to dismiss in the above matter.
2. During a telephone call to Verizon customer service in the attempt to secure a payment arrangement, language was utilized that has been alleged by pro se plaintiff to be intentional infliction of emotional distress.
3. Prior to this telephone call, both parties were completely unknown to each other in regards to ethnicity, race, national origin, etc.
4. No language utilized during this conversation was intentional but rather completely reactionary, nothing was planned.
5. Pro se defendant asserts protections of the United States Constitution and that such language utilized is protected by the 1st Amendment.
6. *Snyder v Phelps, 562 U.S.443, 2011,* The Supreme Court ruled 8-1 that the 1st Amendment protects speech that is deemed to be offensive.
7. The matters of race and race relations have long been a matter of public concern and such language has long been utilized in lyrical content of music and popular culture.

9. Pro se defendant respectfully requests that this motion to dismiss be granted based on protections offered by the 1st Amendment of the United States Constitution and Supreme Court Case Phelps v Snyder. Defendant requests plaintiffs complaint be dismissed with prejudice.

Respectfully submitted,

*[signature: Tamie Anderson]*

**The Court is in receipt of pro se Defendant's third document which is delineated as a motion to dismiss dated October 15, 2025. (ECF No. 34.) Defendant made two prior attempts to file a similar motion to dismiss. (ECF Nos. 26 & 29.) In response to Defendant's first filed motion to dismiss, the Court DENIED/DISMISSED the motion without prejudice to renew for failure to follow SDNY Local Rule 7.1(a) and Federal Rule of Civil Procedure 12(b). The Court further noted that pro se Defendant failed to provide the Court with the basis for the motion, including failing to comply with applicable statute(s) and the relevant authorities. Defendant's latest submission fails for the same reasons. Accordingly, the Clerk of Court is directed to terminate the motion at ECF No. 34, mail a copy of this endorsement to both pro se Defendant and Plaintiff at their addresses as they are listed on ECF and to show service on the docket. The parties are reminded that they must comply with the Court's Individual Practice Rules, statutes, and relevant caselaw authority.**

**Dated: November 5, 2025**
**White Plains, New York**

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE